|  |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> 829180 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for CALIBER HOME LOANS, INC. |
| In Re: <br><br>  JEFFREY M. BRATCHER-HOYER <br>  JENNIFER L. HOYER A/K/A <br>  JENNIFER MICHAEL <br>     Debtors |

**Order Filed on November 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-32465 - ABA

Hearing Date: tbd

Judge: Andrew B. Altenburg, Jr

Chapter: 13

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER VACATING STAY

___   The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 26, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of CALIBER HOME LOANS, INC., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

1026 KOHLER AVENUE, DEPTFORD, NJ 08096

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey M. Bratcher-Hoyer  
Jennifer L. Hoyer  
    Debtors

Case No. 18-32465-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 26, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.  
db/jdb          +Jeffrey M. Bratcher-Hoyer,   Jennifer L. Hoyer,   1026 Kohler Avenue,   Deptford, NJ 08096-1956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:

      Andrew B. Finberg    on behalf of Joint Debtor Jennifer L. Hoyer andy@sjbankruptcylaw.com,  
       abfecf@gmail.com;finbergar39848@notify.bestcase.com  
      Andrew B. Finberg    on behalf of Debtor Jeffrey M. Bratcher-Hoyer andy@sjbankruptcylaw.com,  
       abfecf@gmail.com;finbergar39848@notify.bestcase.com  
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
       summarymail@standingtrustee.com  
      Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
      Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
       rsolarz@kmllawgroup.com  
      Robert Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
      Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,  
       nj.bkecf@fedphe.com  
      Sindi Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                TOTAL: 12