UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Daniel A. Frischberg, Esq
Law Offices of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtors

In Re:

J
EFFREY BRATCHER-HOYER
JENNIFER HOYER

**Order Filed on January 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-32465

Adv. No.:

Hearing Date: January 7, 2019

Judge: ABA

## ORDER REINSTATING STAY AS TO CALIBER HOME LOANS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor: Jeffrey & Jennifer Hoyer
Case No. 18-32465
Caption of Order: Order Reinstating Stay as to Caliber Home Loans

**THIS MATTER** having been opened to the Court by the debtor, through his counsel, the Law Office of Andrew B. Finberg, LLC, and the Court having considered the moving papers, and all arguments of counsel, if any, and for good cause shown;

**IT IS ORDERED** that the debtor's Motion to Reinstate the Stay as to Caliber Home Loans is hereby **GRANTED**; and

**IT IS FUTRHER ORDERED** that the movant shall serve this Order on the Creditor, Creditor's Counsel and the Trustee within 7 days of the date of this order.

.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-32465-ABA
Jeffrey M. Bratcher-Hoyer                                               Chapter 13
Jennifer L. Hoyer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin          Page 1 of 1            Date Rcvd: Jan 08, 2020
                               Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db/jdb        +Jeffrey M. Bratcher-Hoyer,   Jennifer L. Hoyer,   1026 Kohler Avenue,   Deptford, NJ 08096-1956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Joint Debtor Jennifer L. Hoyer andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew B. Finberg    on behalf of Debtor Jeffrey M. Bratcher-Hoyer andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 12