Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32465−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey M. Bratcher−Hoyer
1026 Kohler Avenue
Deptford, NJ 08096

Jennifer L. Hoyer
aka Jennifer Michael
1026 Kohler Avenue
Deptford, NJ 08096

Social Security No.:
   xxx−xx−7779                                                  xxx−xx−9840

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 February 19, 2021
Time:                 09:00 AM
Location:             Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**59** – Certification in Opposition to (related document:58 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/3/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Andrew B. Finberg on behalf of Jeffrey M. Bratcher−Hoyer, Jennifer L. Hoyer. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.


Dated: January 27, 2021
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk