Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32465−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jeffrey M. Bratcher−Hoyer  
   1026 Kohler Avenue  
   Deptford, NJ 08096

   Jennifer L. Hoyer  
   aka Jennifer Michael  
   1026 Kohler Avenue  
   Deptford, NJ 08096

Social Security No.:
   xxx−xx−7779

   xxx−xx−9840

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           February 19, 2021  
Time:          09:00 AM  
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**59** − Certification in Opposition to (related document:58 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/3/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Andrew B. Finberg on behalf of Jeffrey M. Bratcher−Hoyer, Jennifer L. Hoyer. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.

Dated: January 27, 2021  
JAN: lgr

                                                                    Jeanne Naughton  
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-32465-ABA |
| Jeffrey M. Bratcher-Hoyer | Chapter 13 |
| Jennifer L. Hoyer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 27, 2021 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey M. Bratcher-Hoyer, Jennifer L. Hoyer, 1026 Kohler Avenue, Deptford, NJ 08096-1956 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Joint Debtor Jennifer L. Hoyer andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew B. Finberg | on behalf of Debtor Jeffrey M. Bratcher-Hoyer andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 27, 2021 | Form ID: 173 | Total Noticed: 1

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 11