Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32465−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey M. Bratcher−Hoyer
1026 Kohler Avenue
Deptford, NJ 08096

Jennifer L. Hoyer
aka Jennifer Michael
1026 Kohler Avenue
Deptford, NJ 08096

Social Security No.:
xxx−xx−7779

xxx−xx−9840

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Priscilla Romero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

1026 Kohler Avenue, Deptford, NJ.

Dated: November 3, 2021
JAN:

Jeanne Naughton
Clerk