**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey M. Bratcher–Hoyer | Social Security number or ITIN xxx–xx–7779 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Jennifer L. Hoyer | Social Security number or ITIN xxx–xx–9840 |
| | First Name  Middle Name  Last Name | EIN __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number: 18–32465–ABA

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeffrey M. Bratcher–Hoyer                          Jennifer L. Hoyer
                                                   aka Jennifer Michael

12/3/21                                            **By the court:** Andrew B. Altenburg Jr.
                                                                    United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-32465-ABA |
| Jeffrey M. Bratcher-Hoyer | Chapter 7 |
| Jennifer L. Hoyer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: 318 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey M. Bratcher-Hoyer, 1026 Kohler Avenue, Deptford, NJ 08096-1956 |
| jdb | #+ | Jennifer L. Hoyer, 1026 Kohler Avenue, Deptford, NJ 08096-1956 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan &Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517867627 | + | A1 Collection Service, 80 West Upper Ferry Rd., Ste. 1, West Trenton, NJ 08628-2736 |
| 517867629 | + | Caliber Home Loans, 715 S. Metropolitan, Oklahoma City, OK 73108-2054 |
| 517957967 | | Emergency Care Services of NJ, P.A., PO Box 1123, Minneapolis MN 55440-1123 |
| 517867636 | + | Emergency Care Services of NJ, P.A., PO Box 740021, Cincinnati, OH 45274-0021 |
| 518870596 | + | FREEDOM MORTGAGE CORPORATION, 907 PLEASANT VALLEY AVE, SUITE 3, MT. LAUREL, NJ 08054-1210 |
| 518870597 | + | FREEDOM MORTGAGE CORPORATION, 907 PLEASANT VALLEY AVE, SUITE 3, MT. LAUREL, NJ 08054, FREEDOM MORTGAGE CORPORATION 907 PLEASANT VALLEY AVE 08054-1210 |
| 518889816 | | FREEDOM MORTGAGE CORPORATION, P.O. BOX 50485, INDIANAPOLIS, IN 46250-0485 |
| 518889817 | | FREEDOM MORTGAGE CORPORATION, P.O. BOX 50485, INDIANAPOLIS, IN 46250-0485, FREEDOM MORTGAGE CORPORATION, P.O. BOX 50485 INDIANAPOLIS, IN 46250-0485 |
| 517867642 | + | LVNV Funding, c/o Redurgent Capital, PO Box 129, Greenville, SC 29602 |
| 517867641 | + | Loan Max, 1517 N Dupont Highway, New Castle, DE 19720-1901 |
| 517867643 | + | Midwest Recovery Systems, LLC, 514 Earth City Plaza, Suite 100, Earth City, MO 63045-1303 |
| 518212270 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517977330 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518311514 | | Toyota Motor Credit Corporation, KML Law Group PC, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 517867652 | + | Waypoint Resource Group, P.O. Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517867628 | | EDI: BANKAMER.COM | Dec 04 2021 01:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517944199 | + | EDI: LCIFULLSRV | Dec 04 2021 01:33:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517867630 | + | EDI: CAPITALONE.COM | Dec 04 2021 01:33:00 | Capital One Bank, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 517944059 | | EDI: CAPITALONE.COM | Dec 04 2021 01:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517929554 | | EDI: BL-BECKET.COM | | |

Case 18-32465-ABA   Doc 78   Filed 12/05/21   Entered 12/06/21 00:20:17   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 318 | Total Noticed: 57 |

| | | | |
|---|---|---|---|
| | | Dec 04 2021 01:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517867631 | + Email/Text: bankruptcy@cavps.com | Dec 03 2021 20:36:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Dr., Ste. 4 A, Valhalla, NY 10595-2323 |
| 517873324 | + Email/Text: bankruptcy@cavps.com | Dec 03 2021 20:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517867632 | + EDI: PRA.COM | Dec 04 2021 01:33:00 | Comenity Capital Bank, c/o Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 517867633 | + Email/Text: commonwealth@ebn.phinsolutions.com | Dec 03 2021 20:36:00 | Commonwealth Finance, 245 Main st, Scranton, PA 18519-1641 |
| 517867634 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:08 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517867635 | + EDI: CITICORP.COM | Dec 04 2021 01:33:00 | DSNB/Macys, P.O. Box 8218, Mason, OH 45040 |
| 517981545 | EDI: Q3G.COM | Dec 04 2021 01:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517867637 | + Email/Text: commonwealth@ebn.phinsolutions.com | Dec 03 2021 20:36:00 | Fenwick Emergency Services, c/o Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 517867638 | EDI: AMINFOFP.COM | Dec 04 2021 01:33:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517932423 | + EDI: CBS7AVE | Dec 04 2021 01:33:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517867639 | EDI: CBS7AVE | Dec 04 2021 01:33:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517867640 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2021 20:36:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517880076 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 20:35:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517867645 | + Email/Text: Bankruptcies@nragroup.com | Dec 03 2021 20:36:00 | NTL Recvoery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 517867644 | + EDI: CCS.COM | Dec 04 2021 01:33:00 | Nationwide Insurance, c/o Credit Collection Service, P.O. Box 607, Norwood, MA 02062-0607 |
| 517867646 | Email/Text: info@phoenixfinancialsvcs.com | Dec 03 2021 20:35:00 | Phoenix Financial Services, P.O. Box 361450, Indianapolis, IN 46236 |
| 517980608 | EDI: PRA.COM | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, C/O Bluestem Brands Inc., POB 41067, Norfolk VA 23541 |
| 517980113 | EDI: PRA.COM | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517964517 | EDI: PRA.COM | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Boscovs, POB 41067, Norfolk VA 23541 |
| 517964521 | EDI: PRA.COM | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Toyota, POB 41067, Norfolk VA 23541 |
| 517980115 | EDI: PRA.COM | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 517914165 | + EDI: JEFFERSONCAP.COM | Dec 04 2021 01:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517867647 | + EDI: CCS.COM | Dec 04 2021 01:33:00 | Progressive, c/o Credit Collection Service, P.O. Box 607, Norwood, MA 02062-0607 |

| | | | | |
|---|---|---|---|---|
| 517932424 | + | EDI: CBSMASON | Dec 04 2021 01:33:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517867648 | + | EDI: CBS7AVE | Dec 04 2021 01:33:00 | Swiss Colony, 1515 S 21 Street, Clinton, IA 52732-6676 |
| 517867649 | | EDI: RMSC.COM | Dec 04 2021 01:33:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 517871973 | + | EDI: RMSC.COM | Dec 04 2021 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517867650 | | EDI: TFSR.COM | Dec 04 2021 01:33:00 | Toyota Motor Credit Corp, 5005 N. River Blvd, NE, Cedar Rapids, IA 52411-6634 |
| 517932422 | + | EDI: CBS7AVE | Dec 04 2021 01:33:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517977352 | + | EDI: AIS.COM | Dec 04 2021 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517867651 | + | EDI: VERIZONCOMB.COM | Dec 04 2021 01:33:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517976967 | | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 731 |
| 517938108 | *+ | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew B. Finberg | on behalf of Joint Debtor Jennifer L. Hoyer andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew B. Finberg | on behalf of Debtor Jeffrey M. Bratcher-Hoyer andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 318 | Total Noticed: 57 |

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 11