Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32465−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey M. Bratcher−Hoyer
1026 Kohler Avenue
Deptford, NJ 08096

Jennifer L. Hoyer
aka Jennifer Michael
1026 Kohler Avenue
Deptford, NJ 08096

Social Security No.:
  xxx−xx−7779                                xxx−xx−9840

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 14, 2021

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court